```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
THE ROMAN CATHOLIC ARCHDIOCESE                              :
OF NEW YORK, et al.,                                        :
                                                            :
                              Plaintiffs,                   :    12 Civ. 2542 (BMC)
                                                            :
              - against -                                   :
                                                            :
KATHLEEN SEBELIUS, in her official                          :
capacity as Secretary, United States                        :
Department of Health and Human Services,                    :
et al.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- X
```

## FINAL JUDGMENT AND INJUNCTION

The Court, having considered the parties' cross-motions for summary judgment, and having entered its Memorandum Decision and Order dated December 13, 2013, granting in part and denying in part the parties' motions for summary judgment, thereby directing dismissal of the claims of the Roman Catholic Archdiocese of New York and the Roman Catholic Diocese of Rockville Centre, New York, and entry of judgment in favor of Catholic Health Care System, Catholic Health Services of Long Island; Cardinal Spellman High School; and Monsignor Farrell High School (the "prevailing plaintiffs"), it is hereby:

**ORDERED, ADJUDGED**, **AND DECREED**, as follows:

    1.    Defendants are each ENJOINED and RESTRAINED from enforcing or implementing the challenged regulations, which require the prevailing plaintiffs and their respective health plans to provide, or execute a self-certification to enable a third party administrator to provide, health insurance coverage for all Food and Drug Administration-

approved contraceptive methods, sterilization procedures, and patient education and counseling concerning these subjects, including 45 C.F.R. §§147.130, 147.131, against the prevailing plaintiffs.

     2.     Any party may seek modification of this Order, at any time, by written motion and for good cause based on changed circumstances or otherwise.

     3.     This Court shall retain jurisdiction to enforce this Final Judgment and Injunction.

**SO ORDERED.**

                                                _____
                                                              U.S.D.J.

Dated: Brooklyn, New York
         December 13, 2013