UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand and fifteen.

Before:     Pierre N. Leval,
                Rosemary S. Pooler,
                Denny Chin,
                    *Circuit Judges.*

_____

Catholic Health Care System, Catholic Health Services Of Long Island, Cardinal Spellman High School, Monsignor Farrell High School, Plaintiffs - Appellees,

    Plaintiffs-Appellees,

    v.

Sylvia Matthews Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services, United States Department of Health and Human Services, Thomas Perez, in his official capacity as Secretary of the United States Department of Labor, United States Department of Labor, Jacob L. Lew, in his official capacity as Secretary of the United States Department of Treasury, United States Department of Treasury,

    Defendants - Appellants.

_____

**JUDGMENT**
Docket No. 14-427

       The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED in relevant part.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/11/2015